E-FILED
Monday, 24 August, 2026 02:59:46 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **KEVIN WHITERS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>**Defendant.** | **Case No. 26-2234** |

**REPORT AND RECOMMENDATION**

On July 27, 2026, Plaintiff filed his Complaint and a short form Application to Proceed Without Prepaying Fees or Costs (#3). On July 28, the Court denied Plaintiff's Application (#3) with leave to refile. Plaintiff was directed to either refile his application or to pay the filing fee in this case within 21 days. The Court directed that if Plaintiff refiled his application, he must fill out in its entirety and submit the Long Form Application. The Court warned that failure to either refile the Long Form Application or pay the filing fee within 21 days would result in dismissal of Plaintiff's case without prejudice. To date, Plaintiff has not filed the Long Form Application to Proceed Without Prepaying Fees or costs or paid the filing fee in this case.

**Accordingly, the Court recommends that this case DISMISSED without prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 24th day of August, 2026.

s/ ERIC I. LONG

UNITED STATES MAGISTRATE JUDGE