E-FILED
Monday, 21 September, 2026 11:32:58 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | | |
|---|---|---|
| **KEVIN WHITERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 26-CV-2234** |
| | ) | |
| **FRANK BISIGNANO,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION**

On August 24, 2026, a Report and Recommendation (#6) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. The court therefore accepts the Magistrate Judge's Report and Recommendation (#6). Accordingly, Plaintiff's case is dismissed without prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

IT IS THEREFORE ORDERED:

1. The Report and Recommendation (#6) is accepted by the court.
2. Plaintiff's Complaint (#1) is DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(b).
3. This case is terminated.

ENTERED on this 21st day of September 2026.

s/ *Colin S. Bruce*
COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE